McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>LILLY M. STEPANIAN,           )<br>                              )<br>          Defendant.          )<br>_____) | CASE NO. CR.S-03-378 PAN<br><br>ORDER COMMITTING DEFENDANT TO<br>THE ATTORNEY GENERAL FOR<br>HOSPITALIZATION AND TREATMENT<br>PURSUANT TO 18 U.S.C. § 4241<br><br><br>COURT:  Hon. Peter A. Nowinski |

This matter came on calendar on May 5, 2005 for status conference regarding defendant's change of plea.  Assistant U.S. Attorney Samantha S. Spangler appeared on behalf of the United States.  Assistant Federal Defender Rachelle Barbour appeared on behalf of the defendant, who was present in custody.

Based on the defendant's inability to answer the Court's questions under Federal Rule of Criminal Procedure 11 in order to enter a guilty plea, the Court declared a doubt regarding defendant's mental competency and ordered her referred to the United States Bureau of Prisons for evaluation of her competency and treatment.

The defendant is hereby committed to the custody of the Attorney General of the United States, pursuant to 18 U.S.C.

§ 4241, to hospitalize the defendant for treatment in a suitable facility for a reasonable period of time, <u>not to exceed ninety days</u>, as necessary, pursuant to § 4241(b) for an examination to determine Ms. Stepanian's competency, and pursuant to § 4241(d) to determine whether there is a substantial probability that in the foreseeable future the defendant will attain the capacity to permit the case to proceed to trial or entry of guilty plea.

    Time is excluded from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(4), delay resulting from the fact that the defendant is mentally incompetent.

    The Clerk of the Court is directed to serve a copy of this Order upon the Bureau of Prisons Community Corrections Office in Sacramento, the United States Marshals Service, and all parties.

    IT IS SO ORDERED.

    Dated: May 11, 2005.

                                        /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge