QUIN DENVIR, Bar #49374
Federal Defender
MARY M. FRENCH, Bar #185395
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LILLY M. STEPANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>            Plaintiff,                 )<br>                                       )   Case No. CR.S-03-378-PAN<br>      v.                               )<br>                                       )<br>LILLY M. STEPANIAN,                    )   ORDER<br>                                       )<br>            Defendant.                 )<br>_____) | |

   In accordance with the Court's order dated May 11, 2005, Lilly Stepanian was sent to the Federal Medical Center Carswell for treatment to restore her mental competency.  In a letter to this Court from Federal Medical Center Carswell, dated July 26, 2005, clinical staff state that "Ms. Stepanian is currently suffering from symptoms of a mental disease which render her mentally incompetent, as she is unable to understand the nature and consequences of the proceedings against her or assist in her defense.  The nature of Ms. Stepanian's mental disease has made her unable to cooperate in the process of restoration of competency, as she has refused psychiatric treatment."  They further

state that "considering her history of previous involuntary hospitalization and good responsiveness to psychiatric treatment, the clinical staff request the Court issue an Order for Ms. Stepanian's involuntary medication in accordance with Title 18, United States Code 4241(d) and the Sell v. United States decision."

Having reviewed the evaluation by Federal Medical Center Carswell dated July 26, 2005, the Court hereby finds Lilly Stepanian incompetent to refuse medication.  Without objection, this Court hereby authorizes Federal Medical Center Carswell involuntarily to administer the necessary medication in the attempt to create a substantial probability that in the foreseeable future, the defendant will attain the capacity to permit this case to proceed to trial or entry of guilty plea.

IT IS SO ORDERED.

Dated:  August 11, 2005.

                                                /s/ Peter A. Nowinski
                                                Peter A. Nowinski
                                                Magistrate Judge