QUIN DENVIR, Bar #49374
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LILLY M. STEPANIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>        v.                   )<br>                             )<br>LILLY M. STEPANIAN,          )<br>                             )<br>                             )<br>            Defendant.       )<br>_____ | Case No. CR S-03-378-PAN<br><br>**PROPOSED ORDER**<br><br><br><br><br>Judge: Peter A. Nowinski |

    In accordance with the Court's order dated May 11, 2005, Lilly Stepanian was sent to the Federal Medical Center Carswell for treatment to restore her mental competency.  In a report from Federal Medical Center Carswell, dated September 1, 2005, clinical staff opine that Ms. Stepanian is presently mentally incompetent, but recommend up to an additional 60 days of treatment to restore Ms. Stepanian's competency.

    Accordingly, it is hereby ordered that pursuant to 18 U.S.C. section 4241(d), Ms. Stepanian is committed to the custody of the Attorney General for an additional period not to exceed 60 days from

1  September 1, 2005, until October 30, 2005.  The medical staff at
2  Carswell are directed to notify the Court promptly when the staff
3  determine that Ms. Stepanian has regained competency by filing a
4  certificate pursuant to 18 U.S.C. section 4241(e).
5       The Clerk of the Court is directed to serve a copy of this order
6  on the Bureau of Prisons, Ginny Van Buren, Warden, Federal Medical
7  Center, Carswell, and all parties.
8  IT IS SO ORDERED.
9  Dated: September 23, 2005.

/s/ Peter A. Nowinski
_____
PETER A. NOWINSKI
United States Magistrate Court