```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LILLY STEPANIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LILLY STEPANIAN,<br><br>　　　　　Defendant.<br>_____ | No. CR S-03-378 PAN<br><br>**ORDER FOR EXPEDITED TRANSPORTATION**<br><br>Judge: Hon. Peter A. Nowinski |

The Court has been informed by the medical staff at the Federal Medical Center, Carswell, Texas, that defendant Lilly Stepanian has regained competency.  Accordingly, it is hereby ordered that Ms. Stepanian is to be transported to the Eastern District of California, Sacramento, without unreasonable delay.  The medical staff at Carswell shall provide the following to be transported with Ms. Stepanian: (1) a document setting forth the names of the medications that have been prescribed for Ms. Stepanian, the dosages and frequency with which she is to take these medications, and all instructions for the medications

such as whether they need to be taken with or without food; and (2) an ample supply of these medications to be transported with Ms. Stepanian. During the transportation of Ms. Stepanian to the Eastern District of California, Sacramento, the U.S. Marshals and any other agency involved in her transportation shall ensure that she receives her medications as prescribed.

A copy of the document described above setting forth Ms. Stepanian's medications and related information shall be provided to any institution where Ms. Stepanian is housed during her transportation to the Eastern District of California, Sacramento, and each such institution shall ensure that Ms. Stepanian receives her medication in the proper doses and at the proper times throughout the transport. A copy of the document described above concerning Ms. Stepanian's medications shall also be provided to the medical staff at the Sacramento County Jail (or any other facility where she is to be housed upon her arrival in the Sacramento area) immediately upon Ms. Stepanian's arrival at that facility and she shall continue to receive her medications in the proper doses and at the proper times upon her arrival in this district.

The U.S. Marshal is directed to notify the Court upon Ms. Stepanian's arrival in the Eastern District of California.

The Clerk of the Court is directed to serve a copy of this order on the Bureau of Prisons, the U.S. Marshal for the Eastern District of California, the U.S. Marshal for the Northern District of Texas, Ginny

\\\\\
\\\\\
\\\\\
\\\\\

Van Buren, Warden, Federal Medical Center, Carswell, James A. Shadduck, Ph.D., Forensic Psychologist at Carswell, and all parties.

Dated: November 1, 2005

/s/ Peter A. Nowinski  
PETER A. NOWINSKI  
U.S. MAGISTRATE JUDGE