McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KATHERINE E. UNDERWOOD
Certified Student, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. S-03-378 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS CHARGES |
| v. | ) | AND [PROPOSED] ORDER |
| | ) | |
| LILY STEPANIAN, | ) | DATE:  December 16, 2005 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. |
| _____ | ) | Burrell, Jr. |

Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure, plaintiff United States of America, by and through its

undersigned attorney, hereby moves this Honorable Court for an

///

///

///

///

///

///

///

///

///

1 │ Order dismissing, with prejudice, Cr. No. S-03-378 GEB, filed

2 │ against the above-named defendant.

3 │ Dated: December 6, 2005

4 │ 　　　　　　　　　　　　　　　　　　McGregor W. Scott
　　　　　　　　　　　　　　　　　　United States Attorney

5 │

6 │

7 │ 　　　　　　　　　　　　　　By: /s/ Matthew C. Stegman
　　　　　　　　　　　　　　　　MATTHEW C. STEGMAN

8 │ 　　　　　　　　　　　　　　　　Assistant U.S. Attorney

9 │ IT IS SO ORDERED:

10 │ Dated:  December 6, 2005

11 │

12 │ 　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.

13 │ 　　　　　　　　　　　　　　United States District Judge

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │